UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-374-MLP |
| Plaintiff, | |
| v. | DETENTION ORDER |
| JOSHUA J. JOHNSON, | |
| Defendant. | |

<u>Offenses charged</u>:

    Count 1:    Supervised Release Violation

<u>Date of Detention Hearing</u>: On June 25, 2020, the Court held a hearing via a WebEx videoconference, with the consent of Defendant Johnson, due to the exigent circumstances as outlined in General Order 08-20.

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Upon advice of counsel, Defendant declined to be interviewed by Pretrial Services. Therefore, there is limited information available about him.

2. Defendant poses as a risk of nonappearance because he absconded from the Eastern District of Washington, has a history of failing to appear, has a history of

DETENTION ORDER - 1

failing to comply with court orders, has a history of substance abuse, and has pending charges. Defendant poses a risk of danger due to his criminal history, substance abuse issues, and the nature of pending cases.

3. Based on these findings, and for the reasons stated on the record, there are no conditions or combination of conditions other than detention that will reasonably assure the appearance of Defendant as required or ensure the safety of the community, pending his initial appearance in the District of Eastern Washington.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending initial appearance in the District of Eastern Washington and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Defendant is confined shall deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

//

//

DETENTION ORDER - 2

Dated this 26th day of June, 2020.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3